**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ARMANDO I.,[1]

Petitioner,

v.

WARDEN AND JAIL ADMINISTRATOR, Freeborn County Adult Detention Center; FIELD OFFICE DIRECTOR, St. Paul Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, Attorney General of the United States,

Respondents.

Case No. 26-CV-4805 (NEB/JFD)

**ORDER**

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Armando I. within seven days of this Order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

[1] This District has adopted a policy of using only the first name and last initial of nongovernmental parties in immigration cases.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so within seven days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: November 13, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge